MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

---

10011 TELEPHONE: 212-433-2554

**February 21, 2025**

Honorable Lara K. Eshkenazi
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

> ***Re:*** ***Abeth Hashimi, v. 22-49 College Point Blvd. Corp et al***
> ***Civil Action No.: 1:24-cv-01642-EK-LKE***
> ***Letter-Motion to Adjourn Conference and Extend Deadlines***

Your Honorable Magistrate Judge Lara K. Eshkenazi

We represent Plaintiff in the above-styled action.

Pursuant to the Court's February 20, 2025 Order, the Parties are required to file a joint letter on or before February 24, 2025.

As an initial matter, the Plaintiff has delivered his Settlement demand, of which Defendants countered, and thereon the Parties appear to be on the cusp of a Settlement in Principle, and are merely ironing out the final terms therewith. Given the course of events in settlement negotiations, it would appear that— and in furtherance of judicial economy—a Settlement Conference may not be necessary at this time, but nonetheless a decision that is entirely at the Court's sagacious discretion.

Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only