**UNITED STATES DISTRICT COURT**
**EASTERN  DISTRICT OF NEW YORK**

_____x

**Abeth Hashimi**,                                      Civil Action No.

                        Plaintiff,                  **1:24-cv-01642-EK-LKE**


    -against-

**22-49 College Point Blvd. Corp** and                **STIPULATION OF**
**Aniello Inc**                               **DISMISSAL WITH PREJUDICE**


                        Defendants.
_____x


        Plaintiff, and Defendant, by and through undersigned counsel and pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action

with prejudice and, except as otherwise agreed in writing and signed by the parties in this action,

each party shall bear its respective fees and costs.

Dated: July 18 2025


By: */s  Maria-Costanza Barducci*
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*


By: */s   David H. Perlman*
    David H. Perlman, Esq.
    188 Montague Street Suite 850
    Brooklyn, NY 11201
    718-855-8708
    david@dhperlman.com
    *Attorney for 22-49 College Point Blvd*


By: */s   Avrohom Y. Gefen*
    Avrohom Y. Gefen Esq.
    Vishnick McGovern Milizio LLP
    3000 Marcus Avenue Suite 1E9
    Lake Success, NY 11042
    516-437-4385
    agefen@vmmlegal.com

*Attorney for* Aniello Inc

cc: Via CM/ECF